■ NIAGARA ELECTRIC SALES CO., INC., Appellant, v WILLIAM H. BENDELL et al., Respondents.—Order unanimously affirmed with costs for reasons stated at Supreme Court,

Honan, J. (Appeal from order of Supreme Court, Erie County, Honan, J.—unlawful competition.) Present—Callahan, J. P., Doerr, Green, Pine and Lawton, JJ.